# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

FILED
2007 MAR -9 P 2: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

ARTEAGA-Castaneda, Jose
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

07 70144

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, December 21, 2006, in Santa Clara County in the Northern District of California defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) Deportation Officer and that this complaint is based on the following
Official Title
facts:

### SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment, $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

3/9/07
Date

at   San Jose, California
City and State

Patricia V. Trumbull
United States Magistrate Judge
Name & Title of Judicial Officer

_Patricia V. Trumbull_
Signature of Judicial Officer

**Re:** ARTEAGA-Castaneda, Jose A91 945 668

I am Trong Q. Nguyen, a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1) Mr. ARTEAGA-Castaneda is a 42-year-old male who has used fifteen (15) aliases and four (4) dates of birth in the past.

(2) Mr. ARTEAGA-Castaneda has been assigned two (2) Alien Registration numbers of A91 945 668 and A95 110 926, FBI number of 356296VA3, California Criminal Information Index number of A10402861, California Department of Corrections (CDC) number T58053, and a Santa Clara County Department of Correction Personal File Number (PFN) of CCY288.

(3) Mr. ARTEAGA-Castaneda is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| **DATE** | **PLACE OF DEPORTATION** |
|---|---|
| February 20, 2003 | Calexico, CA |

(4) Mr. ARTEAGA-Castaneda last entered the United States at or near San Ysidro, CA on or after February 20, 2003, by crossing the international border without inspection subsequent to deportation.

(5) Mr. ARTEAGA-Castaneda on a date unknown, but no later than December 21, 2006, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On February 9, 2007, Mr. ARTEAGA-Castaneda was interviewed by Immigration Enforcement Agent (IEA) James Freer at the Santa Clara County Jail Elmwood, Milpitas, CA, and during that interview, Mr. ARTEAGA-Castaneda was advised of his **Miranda** rights in Spanish. Mr. ARTEAGA-Castaneda invoked his **Miranda** rights and refused to provide a written sworn statement.

(6) Mr. ARTEAGA-Castaneda was, on February 11, 1993, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of BURGLARY: SECOND DEGREE, a felony, in violation of Section 459/460(B) of the California Penal Code, and was sentenced to nine (9) months in jail.

Re: ARTEAGA-Castaneda, Jose A91 945 668

(7) Mr. ARTEAGA-Castaneda was, on May 17, 1993, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of ESCAPE FROM JAIL, a felony, in violation of Section 4532(b) of the California Penal Code, and was sentenced to six (6) months in jail.

(8) Mr. ARTEAGA-Castaneda was, on January 19, 1995, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESSION OF STOLEN PROPERTY, an aggravated felony, in violation of Section 496 of the California Penal Code, and was sentenced to two (2) years in prison.

(9) Mr. ARTEAGA-Castaneda was, on December 14, 1999, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of CAUSING/PERMITTING-INFLICT PAIN ON A CHILD, an aggravated felony, in violation of Section 273a(a) of the California Penal Code, and was sentenced to five (5) years in prison.

(10) Mr. ARTEAGA-Castaneda was, on April 17, 2002, convicted in the Superior Court of California, in and for the County of Merced, for the offense of DRIVING UNDER THE INFLUENCE, a felony, in violation of Section 23153(b) of the California Vehicle Code, and was sentenced to sixteen (16) months in prison.

(11) On the basis of the above information, there is probable cause to believe that Mr. ARTEAGA-Castaneda illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

_____
Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this \_\_\_\_\_ day of _____March_____, 2007

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE