# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
501 "I" Street
Sacramento, CA 95814

FILED

08 FEB -1  A 8: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA, S.J

United States District Court
Northern District of California, San Jose Division
280 South First Street
San Jose, California 95113

E-F

RE:        USA vs.
USDC No.:  2:08-MJ-00019-GGH

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated January 16, 2008, transmitted herewith are the following documents.

**Paper Documents: 3**
**Electronic Documents: 1 to 4.**

> Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**January 28, 2008**        /s/ **L. Reader**

                            Deputy Clerk

RECEIVED BY:   Tiffany Salinas-Harwell

                Please Print Name

DATE RECEIVED:   FEB 0 1 2008

NEW CASE
NUMBER:        07-70144 PVT

AO 94 (Rev. 8/97 Commitment to Another District)

# UNITED STATES DISTRICT COURT

Eastern  District of  California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| JOSE ARTEAGA-CASTANEDA | Case No. MAG-08-00019-GGH |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 2:08MJ00019-GGH | 07-70144 | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of   8   U.S.C. § 1326

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

**DESCRIPTION OF CHARGES:**

DEPORTED ALIEN FOUND IN THE UNITED STATES, WITHOUT PERMISSION.

**FILED**

JAN 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California

By _____

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   X Yes   Language: SPANISH

**DISTRICT OF** _____ Dated JAN 28 2008 Deputy Clerk

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Jan. 16, 2008
Date

**GREGORY G. HOLLOWS**
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

ao94[1].wpd

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:08MJ00019-GGH |
| ) | |
| v. ) | |
| ) | **DETENTION ORDER** |
| ) | |
| JOSE ARTEAGA-CASTANEDA, ) | |
| Defendant ) | |
| _____) | |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____
Dated JAN 28, 2008  Deputy Clerk

A.  **Order For Detention**
    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (I)

B.  **Statement Of Reasons For The Detention**
    The Court orders the defendant's detention because it finds:
    _X_ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
    ___ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C.  **Findings Of Fact**
    The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:
    _X_ (1) Nature and Circumstances of the offense charged:
        _X_ (a) The crime. _Illegal Entry_ .
        ___ (b) The offense is a crime of violence.
        ___ (c) The offense involves a narcotic drug.
        ___ (d) The offense involves a large amount of controlled substances.
    ___ (2) The weight of the evidence against the defendant is high.
    ___ (3) The history and characteristics of the defendant including:
        (a)  General Factors:
            ___ The defendant appears to have a mental condition which may affect whether the defendant will appear.
            ___ The defendant has no family ties in the area.
            ___ The defendant has no steady employment.
            ___ The defendant has no substantial financial resources.
            ___ The defendant is not a long time resident of the community.
            ___ The defendant does not have any significant community ties.
            ___ Past conduct of the defendant:_____

            ___ The defendant has a history relating to drug abuse.
            ___ The defendant has a significant prior criminal record.
            ___ The defendant has a prior record of failure to appear at court proceedings.

cc: Court/Original     U.S. Attorney     Defense Counsel     Pretrial Services

DEFENDANT: JOSE ARTEAGA-CASTANEDA  Page 2 of 2
CASE NUMBER: 2:08MJ00019-GGH

 (b) Whether the defendant was on probation, parole, or release by a court;
   At the time of the current arrest, the defendant was on:
   __ Probation
   __ Parole
   __ Release pending trial, sentence, appeal or completion of sentence.

 (c) Other Factors:
   ✓ The defendant is an illegal alien and is subject to deportation.
   __ The defendant is a legal alien and will be subject to deportation if convicted.
   __ Other: _____

__ **(4) Rebuttable Presumptions**
In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:
 __ a. (1) The crime charged is one described in § 3142(f)(1) viz.
   __ (A) a crime of violence; or
   __ (B) an offense for which the maximum penalty is life imprisonment or death; or
   __ (C) a controlled substance violation that has a maximum penalty of ten years or more; or
   __ (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above and
  (2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above and
  (3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial and
  (4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).
 __ b. There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed
   __ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,
   __ the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,
   __ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or
   __ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.
   __ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244 (a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

D. **Additional Directives**
Pursuant to 18 U.S.C. § 3142(I)(2)-(4), the Court directs that:
 The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and
 The defendant be afforded reasonable opportunity for private consultation with his counsel; and
 That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: Jan. 16, 2008    GREGORY G. HOLLOWS
            UNITED STATES MAGISTRATE JUDGE

**U.S. District Court**
**Eastern District of California - Live System (Sacramento)**
**CRIMINAL DOCKET FOR CASE #: 2:08-mj-00019-GGH All Defendants**
**Internal Use Only**

Case title: USA v. Arteaga-Castaneda

Date Filed: 01/16/2008
Date Terminated: 01/16/2008

Assigned to: Magistrate Judge Gregory G. Hollows

**Defendant (1)**

**Jose Arteaga-Castaneda**
*TERMINATED: 01/16/2008*

represented by **Daniel J. Broderick**
Federal Defender's Office
801 I Street,
Third Floor
Sacramento, CA 95814
(916) 498-5700
Fax: (916) 498-5710
Email: daniel_broderick@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By_____ JAN 2 8 2008 Deputy Clerk
Dated_____

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                          represented by **Kyle Frederick Reardon**
                                             United States Attorney's Office
                                             501 I Street
                                             Suite 10-100
                                             Sacramento, CA 95814
                                             916-554-2782
                                             Email: kyle.reardon@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2008 | 1 | MINUTES (Text Only) for proceedings held before Judge Gregory G. Hollows :Northern District Case No. 07-70144 INITIAL APPEARANCE as to Jose Arteaga-Castaneda held on 1/16/2008. Attorney Kyle Frederick Reardon for USA, Daniel J. Broderick for Jose Arteaga-Castaneda added. The defendant is advised of his rights and the pending charges. The defendant waives his I/D Hearing and request to be returned to the Northern District of Ca. San Jose Division. The government request detention. The court ordered the defendant detained and transported forthwith. Government Counsel Kyle Reardon present. Defense Counsel Daniel Broderick present. Custody Status: In Custody. Court Reporter/CD Number: 1 of 1. Interpreter Mauri Fitzgibbon present. SHACKLING STATUS (F)- FULL (Callen, V) (Entered: 01/16/2008) |
| 01/16/2008 | 2 | DETENTION ORDER signed by Judge Gregory G. Hollows on 1/16/008 as to Jose Arteaga-Castaneda. (Reader, L) (Entered: 01/17/2008) |
| 01/16/2008 | 3 | COMMITMENT to ANOTHER DISTRICT signed by Judge Gregory G. Hollows on 1/16/2008 as to Jose Arteaga-Castaneda. Defendant committed to Northern District of California, San Jose Division 07-70144. (Reader, L) (Entered: 01/17/2008) |
| 01/16/2008 |  | (Court only) ***TERMINATE DEFENDANT Jose Arteaga-Castaneda. (Reader, L) (Entered: 01/17/2008) |
| 01/28/2008 | 4 | TRANSMITTAL of DOCUMENTS on *1/16/2008* to * United States District Court* *Northern District of California, San Jose Division* *280 South First Street* *San Jose, California 95113*. * Paper Documents: 3 * *Electronic Documents: 1 to 4. *. (Reader, L) (Entered: 01/28/2008) |