1
2
3                     UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8   UNITED STATES OF AMERICA,           Case Number CR-08-00086-JF
           Plaintiff,
    V.                                  Status Review Hearing
9
    JOSE ARTEAGA-CASTANEDA,              March 19, 2008
10         Defendant.
                                         CLERK'S NOTICE
11  _____

12
13  To all Parties and Attorneys of Record:
14  The Status Review hearing set on March 12, 2008 is continued to March 19, 2008
15  at 1:30 p.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3
16  on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18  March 6, 2008                        For the Court
                                         Richard W. Wieking, Clerk
19
20                                       By:___/s/_____
                                         Diana Munz
21                                       Courtroom Deputy Clerk
22
23
24
25
26
27
28