UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, March 19, 2008
**Case Number:** CR-08-00086-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     **UNITED STATES OF AMERICA V. JOSE ARTEAGA-CASTANEDA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Arteaga-Castaneda |
| **Attorneys Present:** Richard Cheng | **Attorneys Present:** Nick Humy |

PROCEEDINGS:

Status review hearing held. Counsel, Spanish interpreter Adele Negro and defendant are present. Continued to 4/9/08 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.