1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile:  (408) 535-5066
       Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9
10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                             SAN JOSE DIVISION
13
14 | UNITED STATES OF AMERICA, ) | No.   CR 08-00086 JF
15 | Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM
16 | v. ) | APRIL 9, 2008 TO APRIL 30, 2008 FROM THE SPEEDY TRIAL ACT
17 | JOSE ARTEAGA-CASTANEDA, ) | CALCULATION (18 U.S.C. § 3161(h)(8)(A))
18 | Defendant. )
19

20
21     The parties stipulate that the time between April 9, 2008 and April 30, 2008 is excluded
22 under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested
23 continuance would unreasonably deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the
25 ends of justice served by granting the requested continuance outweigh the best interest of the
26 public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.
27
28 //

1

18 U.S.C. § 3161(h)(8)(A).

DATED: April 9, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

__/s/_______________________________
BENJAMIN T. KENNEDY
Assistant United States Attorney

____/s/_______________________________
NICHOLAS HUMY
Assistant Federal Public Defender

**<u>ORDER</u>**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between April 9, 2008 and April 30, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE