**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, April 9, 2008
**Case Number:** CR-08-00086-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:   UNITED STATES OF AMERICA V. JOSE ARTEAGA-CASTANEDA

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Arteaga-Castaneda |

**Attorneys Present:** Benjamin Kennedy          **Attorneys Present:** Nick Humy

PROCEEDINGS:

   Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Mr. Humy's request to refer the defendant for a psychological evaluation is granted. The Court appoints a local mental health professional to evaluate the defendant at the jail. Continued to 4/30/08 at 9:00 a.m. for further status review and receipt of report. 21 days are excluded for the reasons stated.