# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, April 30, 2008
**Case Number:** CR-08-00086-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    **UNITED STATES OF AMERICA V. JOSE ARTEAGA-CASTANEDA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Arteaga-Castaneda |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Nick Humy |

---

PROCEEDINGS:

    Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 5/21/08 at 9:00 a.m. for further status review and receipt of report.