IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00086 JF |
| Plaintiff, | [PROPOSED] ORDER FOR A COMPETENCY EVALUATION AND PAYMENT OF COSTS |
| vs. | |
| JOSE ARTEAGA-CASTENEDA, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the defendant's competency to stand trial shall be evaluated by a physician appointed by the Court, at the suggestion of Pretrial Services. The United States Attorney's Office shall pay the costs of the evaluation and any interpretation needed to conduct the examination.

Dated: 4-30-08

THE HONORABLE JEREMY FOGEL
United States District Judge
Northern District of California

ORDER FOR COMPETENCY EVALUATION            1