1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile: (408) 535-5066
      E-mail: chad.mandell@usdoj.gov
8
   Attorneys for the United States
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

   UNITED STATES OF AMERICA,        )
                                    )   No. CR 08-00086 JF
           Plaintiff,               )
                                    )
        v.                          )   SUBSTITUTION OF ATTORNEY
                                    )
                                    )
   JOSE ARTEAGA-CASTANEDA,          )
                                    )
           Defendant.               )
   _____)

       Please take notice that as of, June 2, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

                  Special Assistant U.S. Attorney Chad M. Mandell
                  150 Almaden Blvd., Suite 900
                  San Jose, CA   95113
                  Telephone: (408) 535-5059
                  Email: chad.mandell@usdoj.gov

   DATED: June 6, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          /s/
                                          CHAD M. MANDELL
                                          Special Assistant United States Attorney