1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,              )    No. CR-08-00086 JF

11                                            )

         Plaintiff,                    )    [PROPOSED] ORDER REFERRING

12                                            )    DEFENDANT TO THE BUREAU OF

vs.                                    )    PRISONS FOR COMPETENCY

13                                            )    EVALUATION PURSUANT TO 18 U.S.C. §§

JOSE ARTEAGA-CASTENADA,                )    4241 &4247

14                                            )

         Defendant.                    )

15 _____ )

16         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to Title 18 U.S.C.§

17   4241 and § 4247(b), that the defendant, JOSE ARTEAGA-CASTENADA, is hereby ordered to

18   the custody of the Attorney General to be examined to determine whether he is competent to

19   stand trial.

20         IT IS HEREBY FURTHER ORDERED that the matter is set for September 24, 2008, at

21   9:00 a.m. for status.

22   Dated:                                    _____

                                         HON. JEREMY FOGEL

23                                            United States District Judge

                                         Northern District of California

24

25

26   No. CR-08-00086 JF
ORDER REFERRING DEFENDANT TO THE
BUREAU OF PRISONS FOR COMPETENCY
EVALUATION PURSUANT TO 18 U.S.C. §§
4241 &4247                              1