UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, June 25, 2008
**Case Number:** CR-08-00086-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    UNITED STATES OF AMERICA V. JOSE ARTEAGA-CASTANEDA

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Arteaga-Castaneda |
| **Attorneys Present:** Chad Mandell | **Attorneys Present:** Nick Humy |

PROCEEDINGS:

    Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. The Court is in receipt of a doctor's letter. The Court suspends the preceedings and refers the defendant to the Bureau of Prisons for a psychological evaluation, to occur within 90 days. Time is excluded for the reasons stated.