IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00086 JF |
| Plaintiff, | [~~PROPOSED~~] ORDER REFERRING DEFENDANT TO THE BUREAU OF PRISONS FOR COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. §§ 4241 &4247 |
| vs. | |
| JOSE ARTEAGA-CASTENADA, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to Title 18 U.S.C.§ 4241 and § 4247(b), that the defendant, JOSE ARTEAGA-CASTENADA, is hereby ordered to the custody of the Attorney General to be examined to determine whether he is competent to stand trial.

IT IS HEREBY FURTHER ORDERED that the matter is set for September 24, 2008, at 9:00 a.m. for status.

Dated:   6/27/08

_____
HON. JEREMY FOGEL
United States District Judge
Northern District of California

No. CR-08-00086 JF
ORDER REFERRING DEFENDANT TO THE
BUREAU OF PRISONS FOR COMPETENCY
EVALUATION PURSUANT TO 18 U.S.C. §§
4241 &4247                                                                 1