No.   **CR - 08  00086   JF   HRL**

# UNITED STATES DISTRICT COURT

*E-FILING*

## NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 13  P 2:04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### *SAN JOSE DIVISION*

---

### THE UNITED STATES OF AMERICA
### *vs.*
### JOSE ARTEAGA-CASTANEDA

### SUPERSEDING INDICTMENT

**COUNT ONE:**   Title 8, U.S.C. § 1326a(b)(1) and (b) - Deported Alien Found in the United States

*A true bill.*

_____
Foreperson

*Filed in open court this* 13 *day of* August

*A.D.* 2008

_____
United States Magistrate Judge

**Bail. $** _____



JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 AUG 13 P 2:04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 08-00086 JF |
| Plaintiff, ) | |
| ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Illegal Re-Entry Following Deportation |
| v. ) | |
| ) | |
| JOSE ARTEAGA-CASTANEDA, ) | SAN JOSE VENUE |
| ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about December 21, 2006, the defendant,

### JOSE ARTEAGA-CASTANEDA,

an alien, previously having been excluded, deported and removed from the United States on or about February 20, 2003, was found in the Northern District of California, the Attorney General of the United States and the Secretary of Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States.

SUPERSEDING INDICTMENT

1  It is further alleged that the defendant was removed from the United States subsequent to
2  a conviction for commission of an aggravated felony.
3  All in violation of Title 8, United States code, Sections 1326(a) and (b)

5  DATED: 8/13/08                              TRUE BILL.

                                                  _____
                                                  FOREPERSON

9  JOSEPH P. RUSSONIELLO
   United States Attorney

   _____
   DAVID CALLAWAY
12 Deputy Chief, San Jose Branch

14 (Approved as to form: _____ )
                        SAUSA CHAD MANDELL

SUPERSEDING INDICTMENT                    2

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 13 P 2:04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**

Title 8, U.S.C. § 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

**DEFENDANT**
JOSE ARTEAGA-CASTANEDA

DISTRICT COURT NUMBER
CR-08 00086 JF

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

HRL

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) SAUSA CHAD MANDELL

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: