BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JOSE ARTEAGA-CASTANEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JOSE ARTEAGA-CASTANEDA,<br><br>    Defendant. | No. CR 08-00086-JF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |

Defendant Jose Arteaga-Castaneda, by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Chad M. Mandell, hereby stipulate and agree to request that the Court continue the hearing currently set for Wednesday, October 22, 2008 in the above captioned matter to Wednesday, October 29, 2008 at 9:00 a.m. The continuance is necessary due to the unavailability of counsel for Mr. Arteaga-Castaneda.

Dated: 10/20/08                              _____/s/_____
                                             NICHOLAS P. HUMY
                                             Assistant Federal Public Defender

Dated: 10/20/08                              _____/s/_____
                                             CHAD M. MANDELL
                                             Assistant United States Attorney

STIPULATION TO CONTINUE STATUS
CONFERENCE AND [PROPOSED] ORDER
CR 08-00086-JF                               1

1 **<u>ORDER</u>**

2 The parties have requested a continuance of the status hearing set for October 22, 2008
3 due to the unavailability of defense counsel.
4 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
5 presently set for October 22, 2008 be continued to October 29, 2008 at 9:00a.m.
6 IT IS SO ORDERED.
7 Dated:   10/21/08

JEREMY FOGEL
8 United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING HEARING
CR 08-00086-JF                                                  2