1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JOSE ARTEAGA-CASTANEDA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,    )   No. CR 08-00086-JF
                                )
12          Plaintiff,           )   **STIPULATION TO CONTINUE TRIAL
   v.                           )   SETTING CONFERENCE AND**
13                              )   **[PROPOSED] ORDER**
   JOSE ARTEAGA-CASTANEDA,      )
14                              )
            Defendant.          )
15 _____)

16       Defendant Jose Arteaga-Castaneda, by and through his attorney Nicholas P. Humy, and

17 the United States, by and through Assistant United States Attorney Chad M. Mandell, hereby

18 stipulate and agree to request that the Court continue the hearing currently set for Wednesday,

19 January 14, 2009 in the above captioned matter to Wednesday, January 21, 2009 at 9:00 a.m.

20 The continuance is necessary due to the unavailability of counsel for Mr. Arteaga-Castaneda.

21       The parties further agree and stipulate that time should be excluded from and including

22 Wednesday, January 14, 2009 through and including Wednesday, January 21, 2009, for

23 continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and

24 (B)(iv). Accordingly, the United States and the defendant agree that granting the requested

25 ///

26 ///

exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: 1/7/09       _____/s/_____
                    NICHOLAS P. HUMY
                    Assistant Federal Public Defender

Dated: 1/7/09       _____/s/_____
                    CHAD M. MANDELL
                    Assistant United States Attorney

## ORDER

The parties have requested a continuance of the trial setting hearing set for Wednesday, January 14, 2009 due to the unavailability of defense counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, January 14, 2009 be continued to Wednesday, January 21, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between January 14, 2009 through January 21, 2009, shall be excluded for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 1/14/09      _____
                    JEREMY FOGEL
                    United States District Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE AND [PROPOSED] ORDER
CR 08-00086-JF                              2