BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ARTEAGA-CASTANEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-08-00086 JF |
|                                 ) | |
| Plaintiff,                      ) | STIPULATION TO CONTINUE |
|                                 ) | SENTENCING; [PROPOSED] ORDER |
| vs.                             ) | |
|                                 ) | |
| JOSE ARTEAGA-CASTANEDA,         ) | |
|                                 ) | |
| Defendant.                      ) | |
| _____) | |

**<u>STIPULATION</u>**

Defendant Jose Arteaga-Castaneda, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Assistant United States Attorney Chad Mandell, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, April 15, 2009, at 9:00 a.m., before the Honorable Jeremy Fogel, shall be continued to Wednesday, April 29, 2009 at 9:00 a.m.

The reason for this continuance is that, in the course of the probation interview, the defense determined that it needs to provide additional materials to the probation officer.  The continuance will allow time for the defense to provide these materials and for the probation officer to review them.

Stipulation and [Proposed] Order to Continue
Sentencing                                    1

1  Dated: March 4, 2009

2                                                                                   /s/
                                          NICHOLAS P. HUMY
3                                            Assistant Federal Public Defender

4

5  Dated: March 4, 2009

6                                            /s/
                                          CHAD MANDELL
7                                            Assistant United States Attorney

8

9                               **[PROPOSED] ORDER**

10      GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11  ORDERED that the sentencing hearing in the above-captioned matter, presently scheduled for

12  Wednesday, April 15, 2009, at 9:00 a.m., shall be continued to Wednesday, April 29, 2009 at

13  9:00 a.m.

14      IT IS SO ORDERED.

15  Dated: 3/6/09

16

17                                  THE HONORABLE JEREMY FOGEL
                                United States District Court

18

19

20

21

22

23

24

25

26